Harry Hochman
vs. } No. 4478.
Joe Correira, alias

February 16, 1932.

FROST, J. Heard upon plaintiff's motion to increase the ad damnum from $1,000 to $5,000.

This is a civil case certified to the Superior Court on appeal from the district court of the first judicial district.

The motion is granted upon the authority of Public Laws of Rhode Island, January Session, 1929, Chapter 1339, Section 1.

For plaintiff: Robert M. Dannin, Esq.

For defendant: John H. Nolan, Esq.